UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

v.

BIGTIME HOUSING FOUNDATION, LLC,

Defendant.

No. 2:26-cv-00610-SCR

ORDER

This action was filed on February 26, 2026. ECF No. 1. Defendant has filed an Answer. ECF No. 18. Plaintiff filed a motion for appointment of receiver (ECF No. 6), and the Court issued an Order which denied the request to appoint a receiver. ECF No. 20. The parties have consented to Magistrate Judge jurisdiction for all further proceedings. ECF No. 8. Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **December 17, 2026, at 11 a.m.**, **to be convened over Zoom**. The courtroom deputy will provide dial-in instructions approximately one week before the conference.

2. Not later than **December 3, 2026**, the parties shall file a joint status report addressing the following matters:

a. Service of process, including service of the Third-Party Complaint (ECF No. 19);
b. Possible joinder of additional parties;
c. Any expected or desired amendment of the pleadings;
d. Jurisdiction and venue;
e. Anticipated motions and their scheduling;
f. The report required by Federal Rule of Civil Procedure 26(f) outlining the proposed discovery plan and its schedule, including disclosure of expert witnesses;
g. Future proceedings, including setting appropriate cut–off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;
h. Special procedures, if any;
i. Estimated trial time;
j. Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;
k. Whether the case is related to any other cases, including bankruptcy;
l. Whether a settlement conference should be scheduled; and
m. Any other matters that may add to the just and expeditious disposition of the case.

IT IS SO ORDERED.

DATED: November 17, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE